905 A.2d 866

IN THE MATTER OF SCOTT L. WILLIAMS,
AN ATTORNEY AT LAW.

September 11, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–142, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **SCOTT L. WILLIAMS** of **CEDARVILLE**, who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 3.2 (failure to expedite litigation), *RPC* 1.16(d) (improper termination of representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **SCOTT L. WILLIAMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.